# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-09772-SVW-SS | Date | February 14, 2019 |
| Title | Tanya Davis v. United States of America | | |

## JS - 6

Present: The Honorable      STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      IN CHAMBERS ORDER DISMISSING ACTION


Plaintiff has failed to file an amended complaint in a timely manner consistent with the Court's Order [13], despite the Court's warning that the failure to do so would result in the dismissal of Plaintiff's case. Accordingly, Plaintiff's case is DISMISSED for Plaintiff's failure to comply with a court order under Federal Rule of Civil Procedure 41(b). See Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884, 890-92 (9th Cir. 2019).

|  | : |
|---|---|
| Initials of Preparer | PMC |